UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: Vincent J. Cirzeveto

Case No. 18-61152
Chapter 13

Debtor(s).

# LOSS MITIGATION STATUS REPORT

This Loss Mitigation Status Report is submitted pursuant to the court's Loss Mitigation Program Procedures.

## PART I — GENERAL INFORMATION

a. Full description of the Property:
1902 Monroe Street
Endicott, NY 13760

b. Name and address of Creditor:
CitiMortgage
PO Box 6243
Sioux Falls SD 57117

Name, address, and telephone number of Creditor's attorney:

Has Creditor filed a proof of claim?

☐ Yes  ☑ No

## PART II — LOSS MITIGATION PROGRAM

a. On 08/24/2018, a Loss Mitigation Request was filed by:

☑ Debtor(s).   ☐ Other party: _____.

☐ Creditor.    ☐ The court raised the possibility of Loss Mitigation.

b. Loss Mitigation Order:

☑ A Loss Mitigation Order was entered on 09/21/2018.

☑ The Loss Mitigation Order was served on 09/24/2018.

c. At this time, the Debtor(s) is/are:

☑ making on-going post-petition monthly mortgage payments in the amount of $825.00

  ☐ directly to the Creditor.

  ☑ to the standing trustee.

☐ not making on-going post-petition monthly mortgage payments.

d. If the underlying bankruptcy case is one filed under chapter 12 or 13, has a plan been confirmed?

☐ Yes  ☑ No

e. Creditor served a Request for Information and Documents on _____.

Debtor(s) served a Response to the Creditor's Request on _____.

☐ All Information and Documents have been produced.

☐ The following Information and Documents are still outstanding:

_____
_____.

f. Debtor(s) served a Request for Information and Documents on _____.

Creditor served a Response to the Debtor(s)' Request on _____.

☐ All Information and Documents have been produced.

☐ The following Information and Documents are still outstanding:

_____
_____.

(LM:08 Loss Mitigation Status Report rev. 03-15-2016)

g.  The Loss Mitigation Parties have participated in __0__ Loss Mitigation Session(s) and:

☐ A resolution has been reached.

☑ A resolution has not been reached because:
Debtor has only received an email from a Rob Campbell from AMIP Management Services stating that it appears Debtor has enough income for a modification but need proof of homeowners insurance plus pay stubs. Debtor is getting documents.

h.  Prior Loss Mitigation Status Report (if applicable):

A Prior Loss Mitigation Status Report was submitted on _____.

A Prior Loss Mitigation Status Report was submitted on _____.

A Prior Loss Mitigation Status Report was submitted on _____.

i.  Additional information relevant to the Loss Mitigation Parties reaching a final resolution:

_____

_____

_____

_____.

**PART III — OTHER MORTGAGES/LIENS AGAINST THE PROPERTY**

_____
_____
_____

Dated: 11/02/2018

/s/ Peter A. Orville
Name Peter A. Orville
Firm Orville & McDonald Law, P.C.
Attorney(s) for Debtor(s)/Creditor
Address 30 Riverside Drive, Binghamton, NY 13905
Telephone Number 607-770-1007
Email Address sheiladesantis1@gmail.com
N.D.N.Y. Bar Roll Identification No. 102311

(LM:08 Loss Mitigation Status Report rev. 03-15-2016)